**Deny and Opinion Filed August 31, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00861-CV

## IN RE ROGER ARASH FARAHMAND, Relator

**Original Proceeding from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-56531-2013**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Bridges, and Justice Stoddart
Opinion by Chief Justice Wright

Relator filed this petition for writ of mandamus requesting that the Court order the trial court to declare that his marriage to real party in interest, Maryam Farahmand, is void, that the parties' relationship is meretricious, that Roger is not liable for any attorney's fees based on Section 6.502(a)(4) of the Texas Family Code, and that the parties are only entitled to the property acquired during the relationship in proportion to the value that his or her labor contributed to its acquisition. In addition, relator requested that the Court vacate the trial court's May 19, 2015 order awarding interim attorney's fees. In the alternative, relator requested that the Court declare that the putative marriage of the parties ended when relator first put real party in interest on notice that he contended an impediment to their marriage existed and vacate the trial court's May 19, 2015 order awarding interim attorney's fees. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.,* 148 S.W.3d 124,

135–36 (Tex. 2004) (orig. proceeding). We conclude relator has failed to establish his right to mandamus relief.

We deny the petition.

150861F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE